# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

CHAMBERS OF
**STANLEY R. CHESLER**
JUDGE

SENATOR FRANK R. LAUTENBERG BUILDING
UNITED STATES COURTHOUSE AND POST OFFICE
P.O. BOX 999
NEWARK, N.J. 07101-0999
(973) 645-3136

May 11, 2007

Marquis McCray
244290/510015-B
New Jersey State Prison
P.O. Box 861
Trenton, N.J.  08625
*Pro Se*

*VIA U.S. Mail and ECF*

      Re:    *McCray v. Cathel*, **No. 06-1798 (SRC)**

Dear Mr. McCray:

The Court is in receipt of your May 10, 2007 letter inquiring as to the status of your *in forma pauperis* application.

According to the Court's docket, your *in forma pauperis* application has been granted by the clerk of the United States Court of Appeals for the Third Circuit.  As such, you are not required to pay a filing fee for the appeal.  Enclosed you will find a copy of the docket for this case, as well as the order granting your request to proceed *in forma pauperis*.

    Very truly yours,

      s/ Stanley R. Chesler

    STANLEY R. CHESLER
    United States District Judge

cc:    Clerk
        All parties
        File